RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NICHOLAS WOLFRAM
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nicholas_Wolfram@fd.org

Attorney for Justin Dean

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00163-CDS-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE** |
| v. | (Second Request) |
| JUSTIN DEAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Deputy Attorney General of the United States, and Joseph S. Sciscento, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nicholas Wolfram, Assistant Federal Public Defender, counsel for Justin Dean, that the status conference currently scheduled for May 1, 2026, be vacated and set to a date and time convenient to this Court, but no sooner than thirty (30) days.

The Stipulation is entered into for the following reasons:

1.      Mr. Dean needs additional time to complete the special conditions of his unsupervised probation.

2.      The defendant is not incarcerated and does not object to the continuance.

3.    The parties agree to the continuance.

This is the second stipulation to continue filed herein.

DATED this 28th day of April, 2026.

RENE L. VALLADARES
Federal Public Defender

SIGAL CHATTAH
United States Attorney

By /s/ Nicholas Wolfram
NICHOLAS WOLFRAM
Assistant Federal Public Defender

By /s/ Joseph S. Sciscento
JOSEPH S. SCISCENTO
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00163-CDS-DJA |
| Plaintiff, | ORDER |
| v. | |
| JUSTIN DEAN, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the status conference currently scheduled for May 1, 2026 at 11:30 a.m., be vacated and continued to **June 5, 2026, at 11:30 a.m.**

DATED this 28th day of April, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

3