RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NICHOLAS WOLFRAM
Assistant Federal Public Defender
Nevada State Bar No. 16653
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nicholas_Wolfram@fd.org

Attorney for Justin Dean

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00163-CDS-DJA |
| Plaintiff, | **Stipulation to Vacate Status Conference and [Proposed] Order** |
| v. | |
| JUSTIN DEAN, | |
| Defendant. | |

Mr. Dean was charged by Information on June 6, 2025, with two counts: (1) Possession of a Controlled Substance (a violation of 43 C.F.R. § 8365. l-4(b)(2)) and (2) Driving while License Revoked (a violation of 43 C.F.R. § 8341.l(d); N.R.S. § 483.560.1)). (ECF No. 1.)

Mr. Dean entered a plea agreement on October 1, 2025 (ECF No. 20). At sentencing, Mr. Dean was sentenced to Count One as follows with Count Two dismissed:

One-year term of Unsupervised Probation with special conditions:

1.    Pay a $500 fine and a mandatory $10 penalty assessment;
2.    Attend/ Complete an Eight (8) hour online drug awareness course;
3.     Not violate any state, local, or federal laws.

Mr. Dean has completed the special conditions of his unsupervised probation in accordance with his sentence. Accordingly, the parties agree that the status conference set for June 5, 2026, at 11:30 AM should be vacated.

Dated: June 1, 2026.

Respectfully submitted,

RENE L. VALLADARES                    TODD BLANCHE
Federal Public Defender               Acting Attorney General of the United States

*/s/ Nicholas Wolfram*                 */s/ Joseph Sciscento*
Nicholas Wolfram                       Joseph Sciscento
Assistant Federal Public Defender      Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

   Plaintiff,

  v.

JUSTIN DEAN,

   Defendant.

Case No. 2:25-cr-00163-CDS-DJA

**ORDER**

  The Court finds that Mr. Dean has completed the special conditions of his unsupervised probation in accordance with his plea agreement and sentence.

  IT IS THEREFORE ORDERED that the status conference set for June 5, 2026, at 11:30 AM is vacated.

  DATED this 2nd day of June, 2026.

_____
UNITED STATES MAGISTRATE JUDGE